IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA DE LOS A. ROSA,
et al.,

    Plaintiffs,

    v.

MEDTRONIC MINIMED, INC.,
et al.,

    Defendants.

CIVIL NO. 03-2399 (RLA)

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

A Settlement Conference is hereby set for **June 25, 2008 at 2:30 p.m.** at the chambers of the undersigned located at: **U.S. Courthouse & Post Office Bldg., 3rd Floor, Suite 348, 300 Recinto Sur Street, Old San Juan, P.R. 00901** (tel. No. (787) 977-6070).

Counsel are admonished that they must attend prepared to discuss settlement in earnest and that their respective principals shall be available for consultation for the duration of the Conference.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 6th day of May, 2008.

                                              S/Raymond L. Acosta
                                              RAYMOND L. ACOSTA
                                        United States District Judge